UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> Plaintiff, : <br> : <br> -v- : <br> : <br> ANDUJAR ISRAEL : <br> Defendant. : <br> : | Case No. 3:01CR00213(AVC) <br><br> NOTICE OF MOTION FOR <br> INMEDIATE DEPORTATION |

    Please take notice, that defendant Israel Andujar, Pro Se, will move this Court, the Honorable Alfred V. Covello, United States District Judge, presiding, at Courthouse now located at 450 Main Street, Room 710, Hartfort, CT 06103-3060, on a date and time to be fixed by and also convenient to the Court, to issue an order granting the alien defendant Inmediate Deportation and/or Removal in the above styled case, pursuant to the Inmigration and Nationality Act (hereinafter I.N.A.) 242 (h) (2) (A) as amended in Title 8 USC 1252 (h) (2) (a), to wit, "Deportation of non-violent (alien) offenders prior to completion of sentence of imprisonment".

    Furthermore, the defendant, an alien as defined in 101 (a) (8) of the I.N.A., has plead guilty and was sentenced in the U.S. District Court of Connecticut to a non-vilent offense and is elegible for Immediate Deportation per the Aliens Deportation Improvements Act 668 od 1995, "to control crime by further streamlining the deportation of aliens".

Israel Andujar
Reg. No. 14446-014
FSL Elkton
P.O. Box 10
Lisbon, Ohio 44432

January 26, 2006

U.S. Dept. of Justice
Alberto Gonzales-Att.Gen.
Constitution Ave. 10th,
Washington D.C. 20530

**Re: Immigration and Nationality Act (I.N.A.)
(Deportation of Non-violent Alients)**

I respectfully request, "to control crime by further streamlining the deportation of Aliens" pursuant to criminal Aliens Deportation Improvements Act 668 of 1995, by asking for an order granting the the above named alien immediate deportation and/ or removal.

Also, where under Section 701, the I.N.S. is requiered to initiate all deportation proceedings as expeditiously as possible after the date of aliens convitions, so that the question is resolved Before the expiration of the alien prisoners' term, and not at the aliens' criminal sentence, [per the Immigration and Nationality Act (I.N.A.) §242 (h) (A) as amended in Title 8 USC § 1252 (h) (2) (A), to wit, "Deportation of non-violent alien offenders prior to completion of sentence od imprisonment"]

Case in hand I am an alien, as defined in §101 (a) (8) of I.N.A and a citizen of the country of Dominican Republic and I have plead guilty to and been sentenced ofr an non-violent offense.

I would appreciate being able to expedite my deportation as quickly and efficiently as your may deem just and proper.

Respectfully submitted,

*Israel Andujar*
Israel Andujar

cc: Bureau of Prisons (BOP)
    I.N.S.
    Consulate General of Dominican Republic

WHEREFORE, for good cause show above, in the interest of Justice, and in the ends of Justice, the defendant respectfully moves this Honorable Court, to enter and order granting this Motion for the Plaintiff to begin Immediate Deportation.

DATE January 26, 2006
Hartford, CT

Respectfully submitted,

*[signature]*

[Additional Enclosures] : Sentencing monotoring computation data
                          (BOP)
                          Progress Report (BOP)
                          Copy of Deatainer (INS)
                          Judgement and Comitment Document (COURT)