UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATE OF AMERICA,

VS.                                  No. 3:01CR00213 (AVC)

ANDUJAR ISRAEL,
   Defendant.

## ORDER TO SHOW CAUSE

**WHEREAS**, on January 30, 2006, the defendant filed a motion for immediate deportation; and

**WHEREAS**, the court has not received the government's memorandum in opposition to motion:

**IT IS ORDERED** that the clerk furnish the government with a copy of the defendant's motion, and that the government show cause on or before April 7, 2006 why the relief requested therein should not be granted.

It is so ordered this 9th day of March, 2006 at Hartford, Connecticut.

Alfred V. Covello
United States District Judge