UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : Case No. 3:01CR00213(AVC) |
| Plaintiff, | : |
| | : NOTICE OF MOTION FOR |
| -v- | : INMEDIATE DEPORTATION |
| | : |
| ANDUJAR ISRAEL | : |
| Defendant. | : |
| | : |

Please take notice, that defendant Israel Andujar, Pro Se, will move this Court, the Honorable Alfred V. Covello, United States District Judge, presiding, at Courthouse now located at 450 Main Street, Room 710, Hartfort, CT 06103-3060, on a date and time to be fixed by and also convenient to the Court, to issue an order granting the alien defendant Inmediate Deportation and/or Removal in the above styled case, pursuant to the Inmigration and Nationality Act (hereinafter I.N.A.) 242 (h) (2) (A) as amended in Title 8 USC 1252 (h) (2) (a), to wit, "Deportation of non-violent (alien) offenders prior to

3:01cv213 (AVC). April 6, 2006. This is motion seeking immediate deportation. The prisoner, Israel Andujar, claims that although he has not fully served his term of incarceration, he is nevertheless entitled to immediate deportation as a non-violent offender under 18 U.S.C. § 1252 (h). The court cannot agree. Although the Attorney General has the discretion to remove certain aliens prior to the completion of their terms of incarceration, see Thye v. United States, 109 F.3d 127, 128-29 (2d Cir. 1997), the defendant has not sought, and the Attorney General has not granted, early release through deportation. The motion is therefore DENIED.

SO ORDERED.

Alfred V. Covello, U.S.D.J.